**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
BRAYANT R.M.,

                Plaintiff,

   -against-                                          23 **CIVIL** 2801 (GRJ)

                                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 22, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 16) is GRANTED, and this case is remanded for further proceedings consistent with the Decision and Order. Judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York

       April 22, 2024

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                       **Deputy Clerk**